PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:	510/832-5001
Facsimile:	510/832-4787
info@reincleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for Plaintiff
ANISSA FERNANDES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA FERNANDES,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED SCHOOL, LLC; COLIBRI REAL ESTATE, LLC<br><br>    Defendants. | CASE NO. 2:23-cv-00019-TLN-JDP<br>Civil Rights<br><br>**NOTICE OF SUBMISSION OF PLAINTIFF'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:	July 19, 2023<br>Time:	9:30 am<br>Location:	Via Zoom<br>Hon. Carolyn K. Delaney |

TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

   Plaintiff Anissa Fernandes gives notice that she has submitted her Confidential Settlement Conference Statement to Magistrate Judge Carolyn K. Delany.

Date: July 12, 2023                           REIN & CLEFTON
                                              ALLACCESS LAW GROUP


                                                  /s/ Aaron M. Clefton
                                              By AARON M. CLEFTON, Esq.
                                              Attorney for Plaintiff
                                              ANISSA FERNANDES

1