UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA FERNANDES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLIED SCHOOL, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00019-TLN-JDP<br><br>ORDER AFTER HEARING |

This case was before the court on October 19, 2023, for hearing on plaintiff's motion to compel defendant Colibri Real Estate, LLC ("Colibri") to provide responses to plaintiff's Requests for Production of Documents. ECF No. 18. Attorney Aaron Clefton appeared on behalf of plaintiff; and attorney Rachel Salvin appeared on behalf of defendant Colibri.

For the reasons state on the record, it is hereby ORDERED that:

1. Plaintiff's motion to compel, ECF No. 18, is granted.

2. By no later than November 9, 2023, defendant Colibri shall produce documents responsive to plaintiff's Request for Production of Documents Numbers 9-14.

IT IS SO ORDERED.

Dated: October 22, 2023 　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE