PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for Plaintiff
ANISSA FERNANDES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| ANISSA FERNANDES, | CASE NO. 2:23-cv-00019-TLN-JDP |
|---|---|
| Plaintiff, | Civil Rights |
| v. | **NOTICE OF SUBMISSION OF PLAINTIFF'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |
| ALLIED SCHOOL, LLC; COLIBRI REAL ESTATE, LLC | Date: July 19, 2023 |
| Defendants. | Time: 9:30 am |
| | Location: Via Zoom |
| | Hon. Carolyn K. Delaney |

TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

    Plaintiff Anissa Fernandes gives notice that she has submitted her Confidential Settlement Conference Statement to Magistrate Judge Carolyn K. Delany.

Date: January 4, 2024            REIN & CLEFTON
                                                ALLACCESS LAW GROUP

                                                */s/ Aaron M. Clefton*
                                                By AARON M. CLEFTON, Esq.
                                                Attorney for Plaintiff
                                                ANISSA FERNANDES