AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
ANISSA FERNANDES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA FERNANDES,<br><br>     Plaintiff,<br><br>     v.<br><br>ALLIED SCHOOL, LLC; COLIBRI REAL ESTATE, LLC<br><br>     Defendants. | Case No. 2:23-cv-00019-TLN-JDP<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: January 5, 2023 |

**STIPULATION**

Plaintiff ANISSA FERNANDES ("Plaintiff") and Defendants ALLIED SCHOOL, LLC; COLIBRI REAL ESTATE, LLC ("Defendants"), collectively referred to herein as the "Parties," hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  April 5, 2024                              REIN & CLEFTON
                                                                  ALLACCESS LAW GROUP


                                                                   */s/ Aaron M. Clefton* _____
                                                                  By:  ARRON M. CLEFTON, ESQ.
                                                                  Attorneys for Plaintiff
                                                                  ANISSA FERNANDES

- 2 -

1  Dated: April 5, 2024					GORDON REES SCULLY MANSUKHANI, LLP

2

3								  */s/ Rachel Salvin*

4							By:  DEBRA ELLWOOD MEPPEN
							       VAROUJ ARABIANARON, ESQ.
5							       RACHEL SALVIN, ESQ.

							Attorneys for Defendants
6							ALLIED SCHOOL, LLC; COLIBRI REAL
							ESTATE, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. This matter is dismissed with prejudice.

Dated: _____, 2024

                                           Honorable Troy L. Nunley
                                           U.S. District Court Judge